# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden Vicinage)

Richard and Patricia Marsella                  :
Individually and h/w, and as                   :
p/n/g of Richard Marsella, et al               :
292 Pitman Downer Road                         :
Sewell, NJ 08080                               :
                                               :
                    Plaintiffs,                :          Civil Action No.: 10-1454
                                               :
          v.                                   :
                                               :
American Airlines, et al                       :
Dallas/Fort Worth Airport                      :
Irving, Texas 75261-9616                       :          Jury Trial Demanded
                    Defendants.                :

AND NOW this ___13___ day of ___Sept___, 2010, upon consideration of Plaintiffs'

Second Motion for Enlargement of Time to Respond to Defendants' Motions to Dismiss, and

any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is

GRANTED, and Plaintiffs shall respond to Defendants' Motions within seven (7) days from the

date of entry of this Order, u by Sept 20, 2010

   **AND IT IS SO ORDERED.**


_____
Madeline C. Arleo                              , M. J.