MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5818
Jeremy P. Blumenfeld (NJ ID No. 8625)
Attorneys for Defendant American Airlines

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| RICHARD A. and PATRICIA MARSELLA, Individually and as p/g/n of RICHARD J. MARSELLA,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, UNITED HEALTHCARE INSURANCE CO, INC., PENSION BENEFITS ADMINISTRATION COMMITTEE AT AMERICAN AIRLINES, AMERICAN AIRLINES' GROUP LIFE & HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING AMR CORP. SUBSIDIARIES, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 10-cv-1454<br><br>**[PROPOSED] ORDER**<br><br>**Document Electronically Filed** |

AND NOW on this _____ day of _____ 2011, after considering Defendants American Airlines, Inc., Pension Benefits Administration Committee at American Airlines, and American Airlines' Group Life & Health Benefits Plan for Employees of Participating AMR Corp. Subsidiaries' Motion for Summary Judgment and any response thereto, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED and the above-referenced case against American Airlines, Inc., Pension Benefits Administration Committee at American Airlines, and American Airlines' Group Life & Health Benefits Plan for Employees of Participating AMR Corp. Subsidiaries is dismissed in its entirety.

_____J.

MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
1701 Market Street
Philadelphia, PA 19103
215.963.5077/5818
Jeremy P. Blumenfeld (NJ ID No. 8625)
Attorneys for Defendant American Airlines

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| RICHARD A. and PATRICIA MARSELLA, Individually and as p/g/n of RICHARD J. MARSELLA, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES, UNITED HEALTHCARE INSURANCE CO, INC., PENSION BENEFITS ADMINISTRATION COMMITTEE AT AMERICAN AIRLINES, AMERICAN AIRLINES' GROUP LIFE & HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING AMR CORP. SUBSIDIARIES, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 10-cv-1454 <br><br> **NOTICE OF MOTION OF SUMMARY JUDGMENT ON BEHALF OF AMERICAN AIRLINES, INC., AMERICAN AIRLINES' PENSION BENEFITS ADMINISTRATION COMMITTEE, AND AMERICAN AIRLINES' GROUP LIFE & HEALTH BENEFITS PLAN FOR EMPLOYEES OF PARTICIPATING AMR CORPORATE SUBSIDIARIES** <br><br> **RETURN DATE: JUNE 6, 2011** <br><br> **Document Electronically Filed** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that on June 6, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants American Airlines, Inc., Pension Benefits Administration Committee at American Airlines, and American Airlines' Group Life & Health Benefits Plan for Employees of Participating AMR Corp. Subsidiaries will move for an order granting summary judgment on their behalf pursuant to Fed. R. Civ. P. 56.  In support of this Motion, the moving Defendants will rely upon the arguments set forth in the supporting Memorandum of Law, the L.Civ.R. 56.1 Statement of Material Facts Not in Dispute, and accompanying Administrative Record filed herewith.

Oral argument is requested pursuant to L.Civ.R. 78.1

Respectfully submitted,

/s/ Jeremy P. Blumenfeld
Jeremy P. Blumenfeld (NJ ID No. 8625)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103

Dated:        April 8, 2011        215.963.5258

Attorneys for Defendants American Airlines, Inc., Pension Benefits Administration Committee at American Airlines, and American Airlines' Group Life & Health Benefits Plan for Employees of Participating AMR Corp. Subsidiaries